UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL CASE NO. 04-20658

DARBY MARITIME LIMITED, and
GREGORY A. BRADY,

    Plaintiffs

v.

HOLLAND & KNIGHT LLP,
MICHAEL T. MOORE, DANIELLE
GRUCCI BUTLER, KOCH, NEWTON
& PARTNERS, L.C., AND JOHN
ROBERT NEWTON III, a/k/a ROB
NEWTON,

    Defendants.
_____/

## PLAINTIFFS' FIRST STATUS REPORT

Pursuant to the Court's July 12, 2004 "Order Staying All Proceedings and Directing the Parties to File Periodic Reports," Plaintiffs, Darby Maritime Limited and Gregory A. Brady, hereby report that they concur with the status report filed on July 30, 2004.



Respectfully submitted,

LaMARCA & LANDRY, P.C.

By _____
George A. LaMarca
Florida Bar No. 498912

1820 NW 118th Street, Suite 200
Des Moines, Iowa 50325
Telephone: 515-225-2600
Facsimile: 515-225-8581
E-mail: connie@lamarcalandry.com

ATTORNEYS FOR PLAINTIFFS
DARBY MARITIME LIMITED AND
GREGORY A. BRADY

Copy to:

Richard H. Critchlow
Brian F. Spector
Pamela I. Perry
Kenny, Nachwalter, Seymour, Arnold,
Critchlow & Spector, P.A.
201 South Biscayne Blvd.
1100 Miami Center
Miami, FL 33131-4327
Telephone: 305-373-1000
Facsimile: 305-372-1861

Gregory G. Olsen
Morgan, Olsen & Olsen, LLP
315 Northeast 3rd Avenue, Suite 200
Fort Lauderdale, FL 33301
Telephone: 954-524-3111
Facsimile: 954-463-3570
E-Mail: gregoryo@morganolsen.com
Assistant: Laura
E-Mail: laurag@morganolsen.com



CERTIFICATE OF SERVICE
certifies that the foregoing instrument was
to the above cause to each of the attorneys
at their respective addresses disclosed on the
_____ 20___

☐ Mail            ☐ FAX
☐ Hand Delivered  ☐ Overnight Courier
☐ Certified Mail  ☐ Other:
Signature _____