UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number 04-CV-20658-KLEIN

DARBY MARITIME LIMITED,

    Plaintiff,

vs.

HOLLAND & KNIGHT, LLP, MICHAEL T.
MOORE, DANIELLE GRUCCI BUTLER,
KOCH, NEWTON & PARTNERS, L.C.
AND JOHN ROBERT NEWTON III, a/k/a
ROB NEWTON,

    Defendants.
_____/

## PLAINTIFF DARBY MARITIME LIMITED'S EXPERT WITNESS SUMMARIES

Pursuant to S.D. Fla. L.R. 16.1K, Plaintiff Darby Maritime Limited ("Darby") provides Defendants Holland & Knight, LLP, Michael T. Moore, Danielle Grucci Butler (collectively "Holland & Knight"), Koch, Newton & Partners, L.C. and John Robert Newton III, a/k/a Rob Newton (collectively "Koch Newton") with Darby's Expert Witness Summaries and states as follows:

    1.    **Jay Tooker**, *Holman Fenwick & Willan*, Marlow House, Llyods Avenue, London EC3N 3AL.

Mr. Tooker specializes in English maritime and contract law and practice. Mr. Tooker's testimony will focus on the effects of (1) Holland & Knight's failure to tie the September 2002 Payment to the progress of the construction of the vessel; (2) Holland & Knight's errors and omissions in drafting and compiling the Vessel Construction Agreement; (3) Holland & Knight's failure to conduct a formal closing for the Vessel Construction Agreement; (4) Holland & Knight's

failure to discover and remove Michael Erceg's Lien; (5) Holland & Knight's failure to consult United Kingdom or New Zealand Lawyers; (6) Holland & Knight's negligence in the London Arbitration Proceedings; and (7) the improper role of Koch Newton. An expert report has previously been delivered.

2. **Tracey Rogers**, Nigel Burgess S.A.M., Le Panorama, 57 rue Grimaldi, MC 98000, Monaco Nigel.

Ms. Rogers will testify about the lost charter income of Noble House II.

3. **Arlen M. Leiner, SAMS-AMS**, AAC Marine Surveyors, 2333 Knoll Avenue North, Palm Harbor, Florida 34683.

Mr. Leiner's testimony will focus on the as-built deviations from the approved specifications for Noble House II, the resulting structural damage to the Noble House II and the associated monetary damages.

Dated: July 10, 2006.

Respectfully Submitted,

TEW CARDENAS LLP
*Attorneys for Plaintiff*
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Telephone: (305) 536-1112
Facsimile: (305) 536-1116

By: _____
LAWRENCE A. KELLOGG, P.A.
Florida Bar No. 328601
MARIA N. VERNACE
Florida Bar No. 0817171

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via United States Mail and facsimile on this 10th day of July, 2006 on the following:

**Richard H. Critchlow, Esq.**
KENNY NACHWALTER
*Attorneys for Defendants Holland & Knight, LLP, Michael T. Moore and Danielle Grucci Butler*
201 South Biscayne Boulevard
11th Floor Miami Center
Miami, Florida 33131
Telephone:   (305) 373-1000
Facsimile:   (305) 372-1861

**Gregory G. Olsen, Esq.**
MORGAN, OLSEN & OLSEN, LLP
*Attorneys for Defendants Koch, Newton & Partners, L.C., and John Robert Newton III, a/k/a Rob Newton*
315 Northeast 3rd Avenue
Suite 200
Fort Lauderdale, Florida 33301
Telephone:   (954) 524-3111
Facsimile:   (954) 463-3570

_____
COUNSEL

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;463834;1

3

TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 • 305-536-1112