UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20658-CIV-JORDAN/KLEIN

DARBY MARITIME LIMITED,

    Plaintiff,

vs.

HOLLAND & KNIGHT, LLP, MICHAEL T. MOORE, DANIELLE GRUCCI BUTLER, KOCH, NEWTON & PARTNERS, L.C., and JOHN ROBERT NEWTON III a/k/a ROB NEWTON,

    Defendants.

_____/

**DEFENDANTS HOLLAND & KNIGHT, LLP,
MICHAEL T. MOORE AND DANIELLE J. BUTLER'S
<u>SUMMARY OF EXPERT CONCLUSIONS</u>**

In accordance with the Court's Pretrial Order (D.E. 55) and Order Granting Motion to Extend Discovery Deadlines (D.E. 71), Defendants Holland & Knight, LLP, Michael T. Moore and Danielle J. Butler hereby file summaries of the following expert witnesses it expects to call to testify at trial:

(1)     Chris Browne, Partner, Wilson Harle Wilson Harle, 64 Fort Street Auckland, New Zealand, PO Box 4539, Shortland Street, Auckland, New Zealand. (*Rebuttal Expert*)

(2)     John Posgay, Pliske Marine Inc. - World Yacht Survey, 309 Farmington Drive, Plantation, Florida 33317. (*Expert and possible Rebuttal Expert to Arlen M. Leiner*)

(3)  Tony Allen, Partner, Hill Dickinson, Sun Court, 66/67 Cornhill, London, England, EC3V3RN. (*Rebuttal Expert*)

(4)  William B. Dysart, Esq., Wright & L'Estrange, 701 "B" Street, Suite 1550, San Diego, CA 92101-8103. (*Rebuttal Expert*)

**(1)  Chris Browne, Partner, Wilson Harle** (*Rebuttal*)

Mr. Browne, a rebuttal expert, will offer his opinion regarding New Zealand law as it relates to whether the Vessel was subject to an encumbrance which would have jeopardized Darby Maritime's interest. He will also testify that the VCA, as drafted, protected Darby's interest in the Vessel. Mr. Browne's opinion is based on over twenty years experience in litigation including maritime law and yacht construction and financing. It is also based on documents that have been and will be provided to him relating to this case, including the VCA. Inasmuch as discovery is still ongoing, Mr. Browne may be asked to render additional opinions based upon the production of documents not yet produced, or upon the testimony of witnesses not yet deposed.

**(2)  John Posgay, Pliske Marine World Yacht Survey** (*Expert and Possible Rebuttal Expert*)

Mr. Posgay will offer his opinion regarding the delays occasioned in the delivery of the Vessel and the extent to which such delay can be attributed to Greg Brady and Darby Maritime, Sensation Yachts, or some other circumstance not within the parties' control. Mr. Posgay's professional experience includes thirteen years as a project manager for luxury

2

CASE NO. 04-20658-CIV-JORDAN/KLEIN

yacht owners and he is currently an Accredited Marine Surveyor with World Yacht Surveys. In addition to his experience, Mr. Posgay's opinion is based on documents that have been and will be provided to him relating to this case, including the VCA, change orders, and change order summaries, and may include review of pertinent portions of depositions taken. Inasmuch as discovery is still ongoing, Mr. Posgay may be asked to render additional opinions based upon the production of documents not yet produced, or upon the testimony of witnesses not yet deposed. Mr. Posgay may also serve as a rebuttal expert to Arlen M. Leiner.

(3)     **Tony Allen, Partner, Hill Dickinson** (*Rebuttal*)

Tony Allen, a rebuttal expert, will offer his opinion regarding English law as it relates to provisions in the Vessel Construction Agreement regarding the passage of title. Mr. Allen will also provide an opinion regarding the obligations imposed by the Vessel Construction Agreement under English law. His opinion is based on his more than twenty years experience in maritime law and large yacht transactions. It is also based on documents that have been and will be provided to him relating to this case, including the VCA. Inasmuch as discovery is still ongoing, Mr. Browne may be asked to render additional opinions based upon the production of documents not yet produced, or upon the testimony of witnesses not yet deposed.

CASE NO. 04-20658-CIV-JORDAN/KLEIN

**(4)  William B. Dysart, Esq., Wright & L'Estrange** (*Rebuttal*)

William B. Dysart, a rebuttal expert, will provide a opinion regarding Michael T. Moore and Danielle J. Butler's standard of care in representing Darby Maritime in its purchase of the Vessel. Mr. Dysart's opinion may be adjusted and/or additional opinions may be offered as the result of additional testimony, and/or additional discovery or documents produced. His opinion is based on his more than twenty years experience in maritime law and large yacht transactions. It is also based on documents that have been and will be provided to him relating to this case and may include review of pertinent portions of depositions taken.

Dated:  July 10, 2006
        Miami, FL

Respectfully Submitted,

_____
Richard H. Critchlow (FL Bar No. 155227)
Jeffrey T. Foreman (FL Bar No. 612200)
Nathalie A. Cadet-James (FL Bar No. 0609552)
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131-4327
Telephone   305-373-1000
Facsimile   305-372-1861
Email       nac@kennynachwalter.com

*Attorneys for Defendant Holland & Knight, LLP*
*Michael T. Moore and Danielle J. Butler*

4

CASE NO. 04-20658-CIV-JORDAN/KLEIN

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was served via U.S. Mail this July 10, 2006, upon:

| | |
|---|---|
| Lawrence Kellogg, Esq.<br>Tew Cardenas LLP<br>1441 Brickell Avenue<br>Four Seasons Tower, 15th Floor<br>Miami, FL 33131-3407<br>Telephone   305-536-1112<br>Facsimile   305-536-1116<br>Email   lak@tewlaw.com<br><br>*Attorneys for Plaintiff Darby Maritime Limited* | Gregory G. Olsen, Esq.<br>Morgan, Olsen & Olsen, LLP<br>633 South Federal Highway<br>Suite 400 A<br>Ft. Lauderdale, FL 33301<br>Telephone   954-524-3111<br>Facsimile   954-463-3570<br>Email   gregoryo@morganolsen.com<br><br>*Attorneys for Defendants Koch, Newton & Partners, L.C. and John Robert Newton, III* |

_____
Nathalie A. Cadet-James

259793.1