

EXHIBIT 4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 04-20658-CIV-JORDAN/TORRES

DARBY MARITIME LIMITED,

        CONSENT CASE

      Plaintiff,

vs.

HOLLAND & KNIGHT, LLP, MICHAEL T. MOORE AND DANIELLE GRUCCI BUTLER,

      Defendants.

_____/

### DARBY MARITIME LIMITED'S AMENDED ANSWERS TO DEFENDANTS HOLLAND & KNIGHT, LLP, MICHAEL T. MOORE AND DANIELLE GRUCCI BUTLER'S FIRST AND SECOND SET OF INTERROGATORIES

Plaintiff, Darby Maritime Limited ("Darby"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 33, hereby amends its response to Defendants Holland & Knight, LLP, Michael T. Moore and Danielle Grucci Butler's (Collectively "H&K") First Set of Interrogatories and Second Set of Interrogatories as follows:

#### Interrogatories

**Interrogatory No. 1:**

Please describe in detail and itemize with particularity, each and every element of damage claimed in this lawsuit (including interest) and state the dollar amount assigned to each such element and the method, formula or theory by which you compute the damages. If you have not determined the specific dollar amounts by which you claim you were damaged, please state the method, formula

or theory by which you will compute your alleged damages. When answering this interrogatory, please identify each person with whom you have consulted or will consult or who in any way participated or will participate in the derivation, construction or creation of any method, formula or theory by which you have computed or will compute your alleged damages, and describe that person's participation.

**Response to Interrogatory No. 1:** Please see attached as a supplement to the following damages which are ongoing and continuing. Plaintiff reserves the right to supplement these continuing damages as they are incurred:

1. Legal Fees for Russell Mc Veagh Law Firm. Pursuant to the invoices, the legal fees total $57,780.40.

2. Legal Fees for Russell Mc Veagh Law Firm for the arbitration with Sensation in 2002. Pursuant to the invoices, the legal fees total NZ $94,354.95.

3. Legal Fees for Russell Mc Veagh Law Firm relating to the security of the Vessel. Pursuant to the invoices, the legal fees total $15,075.00.

4. Legal Fees for Hobec Lawyers Law Firm. Pursuant to the invoices, the legal fees total $3,110.44.

5. Penalties assessed by Arbitrator for the failure to make September 2002 payment. Pursuant to the arbitration order, the award totals $11,784.95.

6. New Zealand court costs regarding the arbitration proceeding. Pursuant to the invoices for court costs, the damages total $2,182.29.

7. Cost of London Arbitration Proceedings totaling $405,565.42.

   a. H&K legal fees of $268,535.15;

2

      b.     Stephenson Harwood Lawfirm, Mr. Darby's London attorneys, totaling $47,493.04;

      c.     Clifford Chance L.L.P., the Arbitrator, $40,267.92;

      d.     International Dispute Resolution Centre, totaling $5,423.26;

      e.     Darby's New Zealand travel & lodging for Pre-Arbitration Negotiations, totaling $5,796.74;

      f.     Darby's London arbitration travel & lodging, totaling $9,514.47;

      g.     Hotels, meals and transportation for both the New Zealand Pre-Arbitration Negotiations and the London Arbitration Proceeding totaling $13,811.95.

      h.     Henry Held & Reilly, Darby's Accountants, invoices totaling $3,200.00;

      i.     Preparation for arbitration proceeding for evidentiary photos invoice totaling $259.56;

      j.     Hill Robinson Yacht Management Consultants invoices totaling $11,263.33;

8.     Failure to define "Installed" furniture, failure to incorporate Version M of the GA in the Vessel Construction Agreement ("VCA") rather than Version L and failure to incorporate the Zuretti Specifications & Elevation in the VCA, totaling $690,970.69 in damages.

9.     Zuretti Interior Design Fees. The invoices total $5,707.12, plus interest accruing at 6% per annum.

10.     Additional Naval Architect fees due to dispute delays. The invoices for Burness Corlett & Partners, Darby's Boat surveyors, total $73,470.74, plus interest accruing at 6% per annum.

3

11.    Cost difference for items purchased in 2004 versus 2002. The difference in cost for the items, taking into consideration the exchange rate, totals $83,018.84.

12.    Loss of late fees total $3,056,351.55. Darby was entitled to $3,000 per day in late fees for 656 days, from December 1, 2002, through September 9, 2004, totaling $1,968,000. Additionally, Darby was entitled to $4,500 in late fees per day for 195 days, from September 17, 2004 through March 31, 2005, totaling $877,500.

13.    Failure to secure "Noble House Standard." The interior specifications and items still in contention that Darby may no longer arbitrate totals approximately $162,274.

14.    Darby's travel expenses for February and December 2003 associated with the amendment to the VCA, totals $36,029.47.

15.    Post arbitration legal fees to Alley Maass & Rogers, Darby's Florida Attorneys, and Russell McVeagh Lawfirm, Darby's New Zealand attorneys, in the amount of $36,694.56 and $44,218.78, respectively.

16.    Loss of Charter Revenue from the completion of the vessel until the Darby Maritime chartered the vessel, approximately two (2) weeks at $230,000, totaling $460,000.

17.    Sensation was able to bargain for 4 weeks free use of vessel per amended VCA agreement paragraph 10(a), totaling $890,000.

18.    Cost to repair and maintain the swim platform ($130,823.13 and $67,095) and cost to modify the stern due to the excess draft of the Vessel ($463,610.00), totaling $661,528.13.

19.    Cost of Change Orders that should have been included in the Vessel Construction Agreement as part of the overall purchase price, totaling $37,128.16.

4

**Interrogatory No. 2:**

Please describe in detail and itemize with particularity, how H&K is allegedly the proximate cause of each and every element of damage claimed in this lawsuit.

**Response to Interrogatory No. 2:** Please see Attached and Response to Interrogatory No. 1.

H&K is the proximate cause of the damages sustained by Darby because but for Darby's negligence in drafting the original VCA, and its negligent advice to and representation of Darby subsequent to the execution of the agreement, Darby would not have incurred the damages. Specifically, each of the damages set forth above were caused by H&K's 1) failure to advise Darby to make the September 2002 Payment; 2) failure to tie progress payments to progress in construction of the vessel; 3) failure to properly define "installed" furniture; 4) failure to perfect a lien or otherwise secure Darby's interest in the vessel; 5) failure to incorporate Version M into the VCA; 6) failure to incorporate the "interior elevations," ceiling designs and interior specifications into the VCA; 7) failure to incorporate the Zuretti specifications & elevation into the VCA agreement; 8) failure to include Zuretti as a party to the contract; 9) failure to secure that the vessel would be built to the standard of Noble House I; and 10) negligent representation of Darby in arbitration proceedings and New Zealand litigation. Additionally, H&K's negligence caused Darby to enter into agreements, which it would otherwise not have entered into, but for its severely weakened bargaining position.

5

**Interrogatory No. 3:**

Describe in detail all actual charter engagements ever secured for the Noble House, including:

(a)     Dates of Charter.

(b)     Rate per charter.

(c)     Port of charter.

(d)     Name of contracting person(s).

(e)     Date of inquiry.

(f)     Amount of deposit received.

(g)     Date deposit was received.

(h)     Chartering agent

**Response to Interrogatory No. 3:** Please see the Spreadsheet on the NobleHouse Charters and the Individual Charter Agreements.

6

**Interrogatory No. 4:**

Describe in detail all possible charter engagements for the Noble House which was not secured including:

(a)     Dates of Charter.

(b)     Estimated rate per charter.

(c)     Port of charter.

(d)     Name of contracting person (s).

(e)     Date of inquiry.

(f)     Amount of deposit received.

(g)     Date deposit was received.

(h)     Chartering agent

**Response to Interrogatory No. 4:**

Darby is not able to pinpoint particular charters that were not secured, other than those charters listed in response to Interrogatory #3, because it was not able to offer the vessel for charter while the dates for completion of construction and delivery of the vessel were unknown. The loss of revenue from the inability to enter into charter agreements may be calculated by multiplying the lost charter weeks by the weekly charter rate. Please see the damages identified in Response to Interrogatory Number 1, Item 13.

7

**Interrogatory No. 5:**  Identify all persons believed known by you to have knowledge concerning any of the facts, issues, and/or allegations raised in your Amended Complaint regarding the loss of Noble House charter revenues.

**Response to Interrogatory No. 5:**

(a)   Kelly Smitten, **Elite Yacht Charters**, 468 N Camden Drive, 90210 Beverly Hills, California.  Phone number: (310) 552-7968.

(b)   Greg Brady

(c)   Tracey Rogers, **Nigel Burgess S.A.M.**, Le Panorama, 57 rue Grimaldi, MC 98000, Monaco.  Telephone Number:  377 97 97 81 27.

8

DARBY MARITIME LIMITED
By: _____
Name: _____ C.G.C. BRADY _____
Title _____ DIRECTOR _____

STATE OF _____ )
                        )SS:
COUNTY OF _____ )

    **BEFORE ME,** a Notary Public authorized to take acknowledgments in this State and County set forth above, personally appeared _____ who is the _____ of DARBY MARITIME LIMITED who is personally known or has shown me _____ as identification, and who upon being duly sworn, deposes and says that s/he has read the foregoing Answers to Damage Interrogatories and the same are true and correct to the best of his/her information or belief on this _____ day of _____, 2006.

## VERIFICATION

    SWORN TO AND SUBSCRIBED before me this 19 day of December 2006.

_____
Notary Public, State of TEXAS

P. MICHAEL SULLIVAN
Notary Public, State of Texas
My Commission Expires
June 23, 2010

P. MICHAEL SULLIVAN
(Print, Type or Stamp
Commissioned Name of
Notary Public)

00311660-2
Commission Number

Personally Known __ OR Produced Identification __
Type of Identification Produced: _____
DID Take Oath __ OR DID NOT Take Oath __

9

Legal Fees for Russell McVeagh Lawfirm
(New Zealand firm hired by Darby to respond to New Zealand action filed by Sensation)

| Service Dates: | Invoice Dates: | Amounts: | | US Dollars: |
|---|---|---|---|---|
| 9/17/2002 | 9/25/2002 | $948.00 | NZ | $445.74 * |
| 10/2/02-10/25/02 | 10/29/2002 | $43,204.00 | NZ | $20,814.91 * |
| 10/21/02-11/25/02 | 11/29/2002 | $34,491.95 | NZ | $17,146.12 * |
| 11/27/02-12/4/02 | 12/5/2002 | $10,755.00 | NZ | $5,493.19 * |
| 12/1/02-1/31/03 | 1/28/2003 | $4,956.00 | NZ | $2,675.32 * |
| June 2003 | 6/30/2003 | $4,125.00 | NZ | $2,548.43 |
| 1/9/04-1/31/04 | 1/29/2004 | $10,950.00 | NZ | $7,378.60 * |
| Unknown | 2/27/2004 | $1,042.00 | NZ | $714.81 |
| 3/4/04-4/30/04 | 4/30/2004 | $878.00 | NZ | $563.27 * |
| | Subtotal: | $111,349.95 | NZ | $57,780.40 |

*Conversion based average monthly exchange rates from curency conversion tables

A1.

## Legal fees for Hobec Lawyers Lawfirm
### (New Zealand firm hired by Russell McVeagh firm)

Invoice 1/2/04       $3,110.44       NZ     $2,106.57     U.S.

A2.

## Penalties Assessed by Arbitrator re Failure to Make September 2002 Payment and New Zealand Court Costs re same

|  | Amounts: |  | US Dollars: |
|---|---|---|---|
| Costs ordered by Arbitrator to be paid to Sensation re: its bank guarantee (US$9,040.00 + NZ$5,150.00) |  |  | $11,784.95 |
| Court Costs assessed by New Zealand court | $4,390.00 | NZ | $2,182.29 * |
|  | TOTAL: |  | $13,967.24 |

*Conversion rate based average monthly exchange rates from curency conversion tables for Nov. 2002

A3.

## Cost of London Arbitration Proceedings

*Legal Fees from Holland & Knight Lawfirm:*

| Service Dates: | Invoice Dates: | Amounts: |
|---|---|---|
| Unknown | 6/17/2002 | $177.50 |
| 6/12/02-6/30/02 | 7/15/2002 | $105.16 |
| 7/25/02-7/31/02 | 8/13/2002 | $514.06 |
| 6/17/02-8/13/02 | 9/19/2002 | $8,368.63 |
| 8/21/02 – 9/30/02 | 10/14/2002 | $26,385.40 |
| 9/25/02 – 10/31/02 | 11/11/2002 | $32,129.99 |
| 10/28/02 – 11/13/02 | 11/20/2002 | $19,827.33 |
| 11/11/02 – 11/27/02 | 11/27/2002 | $30,195.32 |
| 11/18/02 – 12/5/02 | 12/6/2002 | $29,098.89 |
| 11/24/02-12/31/02 | 1/21/2003 | 91,481.00 |
| 1/9/03-1/31/03 | 2/13/2003 | $5,795.28 |
| 2/20/03 – 2/28/03 | 3/19/2003 | $3,246.17 |
| 2/24/03-3/31/03 | 4/11/2003 | $11,713.46 |
| 3/23/03 – 4/30/03 | 5/9/2003 | $8,113.37 |
| 4/25/03 – 5/20/03 | 5/20/2003 | $1,383.59 |
| | Subtotal: | $268,535.15 |

*Legal Fees from Stephenson Harwood Lawfirm (Darby's London Attorneys)*

| Service Dates: | Invoice Dates: | Amounts: | US Dollars: |
|---|---|---|---|
| 11/27/02-12/16/02 | 12/20/2002 | £26,810.45 | $30,761.89 |
| 12/13/02-3/5/02 | 3/7/2003 | £10,442.37 | $16,731.15 |
| | Subtotal: | £37,252.82 | $47,493.04 |

*Clifford Chance L.L.P. (Arbitrator, Nicholas Fletcher)*

| Dates of Darby Payments: | Amounts: | US Dollars: |
|---|---|---|
| 10/4/2002 | £5,000.00 | $7,845.63 |
| 11/15/2002 | £10,000.00 | $15,729.70 |
| 2/18/2003 | £10,184.00 | $16,692.59 |
| Subtotal: | £25,184.00 | $40,267.92 |

*International Dispute Resolution Centre*

| | Amounts: | US Dollars: |
|---|---|---|
| Invoice Date: 12/31/2002 | £3,207.70 | $5,423.26 |

*New Zealand Travel & Lodging for Pre-Arbitration Negotiations:*

| | US Dollars: |
|---|---|
| November 2002 (air fare, lodging, expenses) | $5,796.74 |

*London Arbitration Travel & Lodging:*

| | US Dollars: |
|---|---|
| Air travel | $9,514.47 [2] |

B1.

## Cost of London Arbitration Proceedings

| | | | |
|---|---|---|---|
| Hotels, meals & transportation | | | $13,811.95 [*] |
| | **Subtotal:** | | $23,326.42 |
| | | | |
| *Henry Held & Reilly* | **Invoice Dates:** | **Amounts:** | **US Dollars:** |
| | 2/28/2003 | $3,200.00 | $3,200.00 |
| | | | |
| | **Invoice Dates:** | **Amounts:** | **US Dollars:** |
| *Evidence- Photo Printing* | 2/28/2003 | NZ $465.38 | $259.56 |
| | | | |
| | | **Amounts:** | **US Dollars:** |
| *Hill Robinson Yacht Management Consultants* | 6/28/2002 | $5,000.00 | $5,000.00 |
| | 7/8/2002 | $5,000.00 | $5,000.00 |
| | 11/19/2002 | € 1,250.00 | $1,263.33 [*] |
| | **Subtotal:** | | $11,263.33 |
| | | | |
| | | **Total Expenses:** | $405,565.42 |
| | | | |
| Interest from Arbitration Award 2/14/03 - 3/31/05 (2.13 yrs.) @ 6% per year  = | | | $29,830.52 [3] |
| | | | |
| Arbitration expenses plus Interest = | | $435,395.94 | |

*Conversion rate based on exchange rates as of date of invoice.
1) This figure includes only bills incurred after the signing of the Vessel Construction Agreement, 3/29/02.
   **Of this amount $172,149.75 has not been paid; however, Holland & Knights has made claims for same.**
2) Conversion rate based on December, 2002 Average rate in currency conversion table.
3) Interest on total arbitration costs less $172,149.75 not yet paid.

B1.

Failure to Define "Installed" Furniture
Failure to Incorporate Version M of GA in the VCA, and
Failure to Incorporate the Zuretti Specifications Elevation in the VCA

**Furniture Construction Costs:**

| | |
|---|---|
| Total from PC Sum sheet * | $365,963.52 |
| Total of Drop In Furniture Construction Invoices | $203,720.00 |

**Nigel Burgess**
(Consultant hired by Darby re: "Owner Supplied Furniture")
Invoice date 8/11/2003

| | Amount: | US Dollars: |
|---|---|---|
| | £750.00 | $1,205.31 [1] |

| | |
|---|---|
| Furniture Construction Cost Subtotal: | $570,888.83 |

**Bathroom Fixtures*:**
Allowance NZ $34,000.00 (U.S. $17,868.77)**

| | |
|---|---|
| Sinfonial Accessories | $2,284.00 |
| Starmix Shower Accessories | $1,309.00 |
| Neptune Bath Spout | $1,590.00 |
| Bathroom Hardware | $17,221.00 |
| Guest Bathroom Hardware | $29,235.00 |
| Bathware | $1,380.50 |
| Subtotal: | $53,019.50 |

| | |
|---|---|
| **Bathroom Fixture Expenses in Excess of Allowance ($53,019.50 - $17,868.77):** | $35,150.73 |

| | CO # | Area | |
|---|---|---|---|
| Wheel house , radio room and service area floor shall be dark teak. Price based upon a planked and graphite inlay design. Approx. 21.5 m2 | 86 | Wheelhouse | $17,160.00 |
| Owners study floor shall be dark teak. Price based upon a planked and graphite inlay design.  13m@ | 106 | Master Study | $5,940.00 |
| Stools to be sea-fastened | 108 | Upper Salon Bar | $380.00 |
| Add a wine cooler to the proposed main deck bar and upper deck bar. | 111 | Main Salon | $4,520.25 |
| Install automatic sliding doors (capable of dogging) with teak exteriors and mahogany interiors | 245 | Main Aft Deck | $24,265.41 |
| The upper salon is to have motorized curtains, wired to vimar switches via controller boxes. | 341 | Upper Salon | $7,718.40 |
| Add an insinkerator to the inboard galley sink, aft pantry sink and crew mess sink. | 364 | Galley | $5,200.00 |
| Add a Pullman bed to the wall of GC2 as shown in the Zuretti elevations, berth will not be recessed into the wall. | 369 | GC 2 | $11,255.13 |

B2,3,4.

Failure ⸱ ⸱efine "Installed" Furniture,
Failure to Incorporate Version M of GA in the VCA, and
Failure to Incorporate the Zuretti Specifications Elevation in the VCA

| | | | |
|---|---|---|---|
| ervice door to be held open with magnet and connected to fire system. | 413 | Dining Room | $2,000.00 |
| )oor from Galley to the upper pantry to be electric with kick switches. | | Galley | $4,000.00 |
| | | Change Orders Subtotal: | $82,439.19 |

<u>tems Provided for in Zuretti Specifications/Elevations but Purchased by Mr. Brady:</u>

| | |
|---|---|
| 'lectric curtains in the master cabin are included in the Zuretti spec. | $2,491.94 |
| TOTAL: | $690,970.69 |

Form from attachments to Amendment to VCA
·Conversion rate based on exchange rates as of date of invoice.
'Conversion rate 0.525552 as of March 2002

## Zuretti Interior Design Fees

_Zuretti Fees_

| Service Dates: | Invoice Dates: | Amounts: | US Dollars: |
|---|---|---|---|
| 1/27/03-1/31/03 | 1/31/03 & 2/8/03 | € 5,301.82 | $5,707.12 |

(Payments made directly to Zuretti by Darby as money owed by Sensation)

Interest from payment on 2/27/03 - 3/31/05 (2.1 yrs.) @ 6% per year =     $719.10

Total:   $6,426.22

B5.

## Additional Naval Architect Fees Due to Dispute Delays
### (Surveyor visits after November 2002 delivery date)

**Burness Corlett & Partners (Darby's Surveyor)**

| Service Dates: | Invoice Dates: | Amounts: | US Dollars: |
|---|---|---|---|
| 7th Inspection | 12/20/2002 | £3,668.97 | $6,058.94 |
| 8th Inspection | 4/30/2003 | € 6,655.00 | $7,908.80 |
| 9th Inspection | 11/18/2003 | £5,860.40 | $10,333.06 |
| 10th & 11th Inspections (8/26/01-1/17/04) | 1/17/2004 | £15,391.40 | $30,049.63 |
| 12th Inspection | 12/31/2004 | £9,978.84 | $19,120.31 · |
| | TOTAL: | | $73,470.74 |

Interest from last invoice 12/31/04 - 3/31/05 (1.25 yrs.) @ 6% per year  =          $5,510.31

Total:    $78,981.04

*Conversion rate based on exchange rates as of date of invoice.

B6.

# COST DIFFERENCE FOR ITEMS PURCHASED IN 2004 vs. 2002

| rchase Date: | Item: | Purchase Price (NZ): | Purchase Price (US): | Purchase Price (US @ 2002 conversion rate) | Price Difference (US): |
|---|---|---|---|---|---|
| uary 2004 | Electric Crane for Tender | $843.75 | $568.56 | $358.05 | $210.50 |
| ruary 2004 | Safe for Captain's Cabin | $296.82 | $205.29 | $124.31 | $80.98 |
| | Deposit on Dive Compressor | $5,874.66 | $4,063.04 | $2,460.37 | $1,602.67 |
| | Speakers & Headphones | $1,032.00 | $713.75 | $432.21 | $281.54 |
| | Electronics Package Tender | $10,138.00 | $7,011.65 | $4,245.90 | $2,765.76 |
| | Steam Ironing Board | $1,799.00 | $1,244.23 | $753.44 | $490.79 |
| | Paddlock | $16.00 | $11.07 | $6.70 | $4.36 |
| | Light Shades | $123.00 | $85.07 | $51.51 | $33.56 |
| | Towel Rings -Owner Requested | $1,534.00 | $1,060.95 | $642.45 | $418.49 |
| | Fabrics for NH | $8,145.82 | $5,633.82 | $3,411.55 | $2,222.27 |
| | Labour (furniture NH) | $1,042.70 | $721.15 | $436.69 | $284.46 |
| ~h 2004 | Grand Piano | $60,155.50 | $39,741.85 | $26,067.12 | $13,674.73 |
| | Massage Table | $682.32 | $450.78 | $295.67 | $155.11 |
| | Galley- Icecream Machine | $4,838.00 | $3,196.23 | $2,096.45 | $1,099.79 |
| | Final Pymt.- Flybridge Bar | $19,500.00 | $12,882.71 | $8,449.92 | $4,432.80 |
| | unidentified (furniture & fixtures) | $28,382.17 | $18,750.74 | $12,298.82 | $6,451.92 |
| il 2004 | Back Up Drives | $747.00 | $479.23 | $330.87 | $148.36 |
| | Massage Accessories | $176.63 | $113.32 | $78.24 | $35.08 |
| | Deck Rope | $15,088.50 | $9,679.89 | $6,683.22 | $2,996.67 |
| | 2x Coffee Machines Industrial | $11,310.00 | $7,255.83 | $5,009.59 | $2,246.23 |
| | Massage Accessories | $815.63 | $523.26 | $361.27 | $161.99 |
| | Shackles for 2 Jet Skis | $532.98 | $341.93 | $236.08 | $105.85 |
| | Veneer | $4,071.57 | $2,612.08 | $1,803.44 | $808.64 |
| | Clearvue Glass | $3,611.25 | $2,316.76 | $1,599.55 | $717.22 |
| | Interior Toothbrush Holders | $3,072.56 | $1,971.17 | $1,360.94 | $610.23 |
| | Leather | $1,976.00 | $1,267.69 | $875.24 | $392.45 |
| | Labour (furniture NH) | $6,677.53 | $4,283.91 | $2,957.71 | $1,326.20 |
| 2004 | Deck Supplies | $20,024.50 | $12,316.67 | $9,230.37 | $3,086.30 |
| | unidentified (furniture & fixtures) | $165.25 | $101.64 | $76.17 | $25.47 |
| | unidentified (furniture & fixtures) | $5,684.40 | $3,496.36 | $2,620.25 | $876.11 |
| | Interior | $967.50 | $595.09 | $445.97 | $149.12 |

B8.

# COST DIFFERENCE FOR ITEMS PURCHASED IN 2004 vs. 2002

| chase Date: | Item: | Purchase Price (NZ): | Purchase Price (US): | Purchase Price (US @ 2002 conversion rate) | Price Difference (US): |
|---|---|---|---|---|---|
| | Interior Fabrics | $11,996.54 | $7,378.83 | $5,529.85 | $1,848.98 |
| | Pad Eyes for Safety Harness | $232.07 | $142.74 | $106.97 | $35.77 |
| | Labour (furniture NH) | $961.88 | $591.63 | $443.38 | $148.25 |
| : 2004 | Fabric | $7,615.71 | $4,785.40 | $3,720.69 | $1,064.71 |
| | unidentified (furniture) | $6,757.01 | $4,245.83 | $3,301.17 | $944.66 |
| | Ear Muffs x 2 | $154.85 | $97.30 | $75.65 | $21.65 |
| · 2004 | 1364 Atlantic Audio Ltd. | $666.40 | $430.98 | $320.48 | $110.49 |
| | Deck Chase- Dep | $2,000.00 | $1,293.45 | $961.84 | $331.61 |
| | 2x Jet Skis further dep. | $2,000.00 | $1,293.45 | $961.84 | $331.61 |
| ust 2004 | Crew Mess Sink | $618.75 | $405.97 | $286.83 | $119.14 |
| | Laundry Tap Ware | $729.11 | $478.38 | $337.99 | $140.39 |
| | Owner's Cabin Wall Lights | $1,365.90 | $896.19 | $633.18 | $263.01 |
| | Fabrics (funishings) | $3,235.38 | $2,122.78 | $1,499.80 | $622.98 |
| | Fabrics (funishings) | $9,840.38 | $6,456.41 | $4,561.63 | $1,894.78 |
| | unidentified (furniture) | $2,357.38 | $1,546.71 | $1,092.79 | $453.92 |
| | Aft Deck Table-Polishing | $213.75 | $140.24 | $99.09 | $41.16 |
| temeber 2004 | Dive Equipment- Compressor | $5,000.00 | $3,297.07 | $2,350.98 | $946.10 |
| | Deck Rope | $705.85 | $465.45 | $331.89 | $133.56 |
| | Kettle | $69.99 | $46.15 | $32.91 | $13.24 |
| | Deposit Bar taps | $500.00 | $329.71 | $235.10 | $94.61 |
| | Reading light gold plated | $483.75 | $318.99 | $227.46 | $91.53 |
| | Deck Chairs- final payment | $8,000.00 | $5,275.31 | $3,761.56 | $1,513.75 |
| ober 2004 | Meridian Marine- Equipment | $4,067.74 | $2,784.77 | $1,959.76 | $825.01 |
| | Dell Computers - Equipment | $2,023.88 | $1,385.55 | $975.07 | $410.48 |
| | 2x radio room chairs | $537.75 | $368.14 | $259.08 | $109.07 |
| | Tape Measures | $31.90 | $21.84 | $15.37 | $6.47 |
| | D-Rings | $185.60 | $127.06 | $89.42 | $37.64 |
| | Self Door Closer | $28.12 | $19.25 | $13.55 | $5.70 |
| | Magnetic Door Closers | $421.87 | $288.81 | $203.25 | $85.56 |
| | unidentified (equipment-other) | $4,593.47 | $3,144.69 | $2,213.05 | $931.64 |

B8.

# COST DIFFERENCE FOR ITEMS PURCHASED IN 2004 vs. 2002

| hase Date: | Item: | Purchase Price (NZ): | Purchase Price (US): | Purchase Price (US @ 2002 conversion rate) | Price Difference (US): |
|---|---|---|---|---|---|
| | Swimplatform Bollards | $3,600.00 | $2,464.56 | $1,734.42 | $730.14 |
| | Waste Unit Plug | $23.86 | $16.33 | $11.50 | $4.84 |
| | Deposit taps for aft bar | $747.40 | $511.67 | $360.08 | $151.59 |
| | Deposit for Crew Mess Stools | $514.69 | $352.36 | $247.97 | $104.39 |
| | unidentified (furniture) | $7,104.20 | $4,863.54 | $3,422.68 | $1,440.86 |
| | unidentified (furniture) | $7,247.82 | $4,961.86 | $3,491.87 | $1,469.99 |
| | Covers Interior & Exterior 50% | $14,203.13 | $9,723.46 | $6,842.81 | $2,880.65 |
| | Brass sink | $750.00 | $513.45 | $361.34 | $152.11 |
| | Crew & Guest Linen deposit | $3,000.00 | $2,053.80 | $1,445.35 | $608.45 |
| | Curtains for NH | $32,656.76 | $22,356.82 | $15,733.44 | $6,623.38 |
| | Electric Motors Master Cabin | $3,640.00 | $2,491.94 | $1,753.69 | $738.26 |
| | 2x Jet Skis further deposit | $20,000.00 | $13,692.00 | $9,635.64 | $4,056.36 |
| ···mber 2004 | Computer screen radio room | $493.88 | $345.93 | $252.25 | $93.68 |
| | Bridge Fax machine | $349.00 | $244.45 | $178.25 | $66.20 |
| | Tap Reducer | $4.50 | $3.15 | $2.30 | $0.85 |
| | Bridge navagation equipment | $1,977.75 | $1,385.30 | $1,010.15 | $375.15 |
| | 2x 19" Screens | $1,977.75 | $1,385.30 | $1,010.15 | $375.15 |
| | Magnetic Door Closers | $270.65 | $189.57 | $138.24 | $51.34 |
| | Stereo Equipment + upgrades | $6,196.63 | $4,340.39 | $3,164.97 | $1,175.41 |
| | Adapter for overflow Bar Sky Lounge | $31.22 | $21.87 | $15.95 | $5.92 |
| | Deposit Gym Day Head tap | $200.00 | $140.09 | $102.15 | $37.94 |
| | Crew Mess Bar Stools Final Pymt. | $514.69 | $360.51 | $262.88 | $97.63 |
| | Head Tap Over flow | $35.57 | $24.91 | $18.17 | $6.75 |
| | Basin Mixer | $449.44 | $314.81 | $229.55 | $85.25 |
| | Glass Table Sky Lounge | $661.50 | $463.34 | $337.87 | $125.48 |
| | Curtains for NH trimming | $60.00 | $42.03 | $30.65 | $11.38 |
| | Filter element | $403.75 | $282.80 | $206.22 | $76.59 |

TOTAL DIFFERENCE:                                     $83,018.84

: Conversion rates are the average monthly rates from conversion rate charts.

B8.

## Loss of Late Fees as a Res   t of Ambiguous Language Rega   .ing Force Majeure, Other Delays, Computation of Delay Days, and Time of Delivery Issues

*Late Penalties December 1, 2002 through September 16, 2004:*
12/1/02 - 9/16/04 = 656 days
Penalties: $3,000.00 per day
Late Penalties through 9/16/04:     656 days x $3,000.00/day =                    $1,968,000.00

*Late Penalties September 17, 2004 through March 31, 2005:*
9/17/04 - 3/31/05 = 195 days
Penalties: $4,500.00 per day
Late Penalties 9/17/04 through 3/31/05: 195 days x $4,500.00/day =               $877,500.00

                                        **Total Late Penalties:**          $2,845,500.00

Interest on half of the late penalties from 12/1/02 - 3/31/05 (2.47 yrs.) @ 6% per          $210,851.55

                                        *TOTAL:*          *$3,056,351.55*

B10.

# Failure to Secure "Noble House Standard" - Interior Specifications Losses
## And
## Items Still In Contention That Darby May No Longer Arbitrate

| CO # | Change Order: | U.S. Dollars |
|---|---|---|
| 18-NH123 | Fabric on walls  in study hallway to be replaced with wood | $3,868.80 |
| 18-NH133 | Shower doors: P.V.D. brass finish No frame – just fixations & door handle/lock block. Towel rod fixed on glass door | $5,148.00 |
| 18-NH136 | Night Tables: GC5 glued leather moulding / VW2 Top – No marquetry inlay | $2,340.00 |
| 18-NH137 | Desk: GC5 glued leather moulding / VW2 Top – No marquetry inlay | $3,120.00 |
| 18-NH168 | Border: Guest lobby solid Mahogany – Satin Varnish | $3,120.00 |
| 18-NH283 | 1 Dining table (1600 x 2400) Up and Down – with movable base which can divide itself into 2 consoles | $8,936.75 |
| | Subtotal: | $26,533.55 |

## Items Provided for in Zuretti Specifications/Elevations but Omitted from Boat

A mosaic was to be included on the owner's bathroom wall (Zuretti spec room 202a).

Electric towel warmers were to be installed in the master bathroom. (Zuretti spec room 202b)

| | | |
|---|---|---|
| | | $5,000.00 [1] |
| | | $2,000.00 [1] |
| | Subtotal: | $7,000.00 |

## Additional Items:

| | | | |
|---|---|---|---|
| | Aft bridge deck table to be stored in overhead ceiling and base to divide into halves to make coffee tables | | $5,307.60 |
| 2/7/2005 | Publications for Navigation and Legal Requirments (David Store Yachting) [2] | £2,852.78 | $78,206.49 [*] |
| 2/7/2005 | quote    Antifoul - Hull Paint (double coat roller, approx. 15 days to complete) [3] | NZD 100,478.31 | |
| 2/2005 | quote   Bridge Charting Software Difference (NZD 42,411.00 - NZD 10,000.00) [4] | NZD 32,411.00 | $25,226.84 [*] |
| | Aft bridge deck table to be stored in overhead ceiling and base to divide into halves to make coffee tables | | $20,000.00 [1] |
| | | Subtotal | $128,740.93 |
| | | Subtotal | $128,740.93 |
| | | TOTAL: | $162,274.4? |

1- Approximated price

2- Must be purchased annually to comply with legal code.

3- Antifoul- a protection coating on the underside of the hull to stop growth from marine life, to do this the vessel needs to be hauled out of the water. The life expectancy of the Anti-foul is about 18 months according to the manufacturer. The vessel has been in the water since Dec 2003.

4- Quote for appropriate charting software currently installed by builder.

* Conversion rate based on Feb. 2005 rate from currency conversion table.

## Travel Expenses Associated with Amendment to VCA

**February 2003 to New Zealand**
Travel                                    $5,238.61
Lodging & Expenses                  $1,249.00
                                                $6,487.61

**December 2003 to New Zealand**
Travel                                   $26,009.50
Lodging & Expenses                  $1,018.68
                                                $27,028.18

**Total Travel Expenses:**          **$33,515.79**

Interest from 12/31/03 - 3/31/05 (1.25 yrs.) @ 6% per year =          $2,513.68

TOTAL:   $36,029.47

B18.

## Post Arbitration Legal Fees

*Alley Maass & Rogers*

| Service Dates: | Invoice Dates: | Amounts- US Dollars: |
|---|---|---|
| 6/6/03-6/30/03 | 7/9/2003 | $5,132.64 |
| 7/1/03-8/27/03 | 9/9/2003 | $4,363.76 |
| 9/11/03-10/30/03 | 11/11/2003 | $2,849.58 |
| 10/27/03-12/22/03 | 1/12/2004 | $12,885.20 |
| 1/5/04-2/27/04 | 3/17/2004 | $7,642.39 |
| 9/2/04-10/31/04 | 11/9/2004 | $3,820.99 |
| | Subtotal: | $36,694.56 |

Interest from last payment 11/24/04 - 3/31/05 (.35yrs.) @ 6% per year  =          $770.59

*G. Brown of Russell McVeagh Lawfirm*

| Service Dates: | Invoice Dates: | Amounts NZ: | U.S. Dollars |
|---|---|---|---|
| 6/23/04 - 8/31/04 | 8/31/2004 | $44,624.78 | $31,253.05 |
| 9/1/04 - 9/30/04 | 9/30/2004 | $18,862.50 | $12,965.73 |
| | Subtotal: | | $44,218.78 |

Interest from last payment 11/16/04  - 3/31/05 (.37 yrs.) @ 6% per year  =          $981.66

TOTAL:   $82,665.58

B19.

DMNOHSE.TXT

BRADFORD GRAND BAHAMA
P.O BOX F-44867,
FREEPORT, G.B.,
BAHAMAS

(242)352-7711 OFFICE
(242)352-7695 FAX

10/09/06                          10010          ACCT# 05781   Q505901
                                                               Page : 1

 DARBY MARITIME LTD.,
 P.O. BOX 10300 APO
 GRAND CAYMAN, CI

RE:VESSEL NOBLE HOUSE

Dear Sir:

We are pleased to submit the following proposal:

999.2       Rescue Boat Davit Crane Base Structure:                  67,095.00
            Cover decking and maintain as needed and
            remove when job is completed.
            Set up equipment and scaffolding.
            Remove interferences and existing boat davit.
            Crop existing 5 MM deck plate inway of new
            crane foundation.
            Fabricate and install new header beams and
            stiffeners.
            Install new owner furnished extension tube
            directed by Nautical Tech Rep.
            Fabricate and install cap plate for the
            bottom of extension tube.
            Layout, cut and prep for new deck insert per
            drawing.
            Fabricate and install new 56.7" x 95" x 5/8"
            deck plate.
            Layout, cut and prep for new closing plate
            per drawing.
            Install new 53.7" x 91.5" x 1/4" closing
            plate.
            Weld as per drawing specification.
            Fabrication and install hydraulic foundation
            per drawing.
            Install new owner furnish hydraulic power
            unit.
            Assist Nautical Tech Rep with rigging and
            bolting up new rescue boat davit.
            Assist with Op testing new rescue boat davit.

            NOTE: Quote does not include painting,
                  replacment of any interference that
                  may get damaged during removals or
                  reinstallation.
                  If job requires overtime due to ship's
                  schedule or any other reason additional
                  compensating to contract will be
                  require.
                          Page 1

DMNOHSE.TXT

| | | |
|---|---|---|
| 999.3 | Stern Modification:<br>Set up equipment, lights, ventilation and | 463,610.00 |

10/09/06                        10010          ACCT# 05781   Q505901
                                                             Page : 2

scaffolding.
Remove teak stern deck, remove side shell
fairing and paint, and remove hand rails and
hatches inway of new stern modification.
Modify piping, hatches and fairing leads
inway as needed.
Layout and cut approximately 210 square feet
of stern deck, internal longitudinal and
transverse framing and water tight bulkheads
inway of new modifications.
Prep inway of removals.
Raise stern deck approximately six inches.
Insert water tight bulkheads, longitudinal
and transverse framing in accordance with
ABS.
Weld and test all water tight boundaries.
Prep and prime disturbed areas.
Fair inside shell as needed, prime and paint.
Install new teak decking and all
interferences that were removed inway of
modification.

NOTE: This is a budgetary quote only, final
      quotation when received drawings.


NOTE: This quote does not include charges for any applicable
Duty or Stamp Tax assessments that may be required
by The Bahamian Government. If it is determined that
an assessment is required, the charges will be added to
the cost of materials that are quoted herein and passed
through to you on the final bill.

Respectfully,

BRADFORD GRAND BAHAMA, LTD.


Dan Romence
General Manager

DR/NB

              Bid Accepted :_____  _____
                            Owners/Owner's Agent        Date