UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number 04-CV-20658-TORRES

DARBY MARITIME LIMITED,                    Consent Case

    Plaintiff,

vs.

HOLLAND & KNIGHT, LLP, MICHAEL T. MOORE, AND DANIELLE GRUCCI BUTLER, ,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Darby Maritime, LLC and Defendants Holland & Knight, LLP, Michael T. Moore and Danielle Grucci Butler, hereby notify the Court that on May 10, 2007, the parties reached a settlement after mediation.

    The parties are in the process of preparing formal settlement documents to consummate the settlement. The parties are providing this notice to the Court in light of pre-trial deadlines in this case. The parties anticipate filing formal dismissal papers within thirty (30) days.

| | |
|---|---|
| **RICHARD CRITCHLOW, ESQ.**<br>**KENNY NACHWALTER, P.A.**<br>201 South Biscayne Boulevard<br>11th Floor<br>Miami, Florida 33131 | **TEW CARDENAS LLP**<br>Counsel for Plaintiff<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 536-1112<br>Facsimile: (305) 536-1116 |
| By:   s:/Richard Critchlow, Esq.<br>     RICHARD CRITCHLOW, ESQ.<br>     Florida Bar No. 15227<br>     E-Mail rhc@kennynachwalter.com | By:   s:/Lawrence A. Kellogg, P.A.<br>     LAWRENCE A. KELLOGG, P.A.<br>     Florida Bar No. 328601<br>     E-Mail: LAK@tewlaw.com |

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;485499;1