# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 04-20658-CIV-TORRES

CONSENT CASE

DARBY MARITIME LIMITED,

    Plaintiff,

vs.

HOLLAND & KNIGHT, LLP, MICHAEL T. MOORE AND DANIELLE GRUCCI BUTLER,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulation, Voluntary Dismissal with Prejudice [D.E. 118]. Upon review of the parties' Joint Stipulation and record in this case,

It is hereby **ORDERED AND ADJUDGED** as follows:

1.    Pursuant to Fed. R. Civ. P. 41, the parties' Joint Stipulation is **APPROVED** and this action in its entirety is hereby **DISMISSED WITH PREJUDICE**.

2.    All pending motions are hereby **DENIED AS MOOT**.

3.    The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of May 2007.

                                                */s Edwin G. Torres*
                                              EDWIN G. TORRES
                                              United States Magistrate Judge